UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:05-CR-32 |
| ) | (Phillips) |
| SHEILA ADAMS ) | |

## ORDER

This matter is before the court on the government's motion to correct error and to amend the judgment in this case [Doc. 450]. The government states that the amount of currency forfeited in the Final Judgment is incorrect. The correct amount to be included should be $158,400.00. In support of the motion, the government states that $128,020.00 in United States currency was seized from the defendant on November 21, 2006; and $30,380.00 in United States currency was seized from defendant on November 16, 2006. This is a total of $158,400 in United States currency.

For the good cause shown, the government's motion to amend the judgment in this case [Doc. 450] is **GRANTED.** The clerk is **DIRECTED** to amend the judgment at page 6, Schedule of Payments, to reflect that the defendant shall forfeit the defendant's interest in $158,400.00 in United States currency to the United States.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge